UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60277-CR-ZLOCH


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                           **O R D E R**

GLENN McKENNIE, JR.,

      Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation On Competency And Change Of Plea (DE 25) filed herein by United States Magistrate Judge Patrick M. Hunt. No objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 25), Magistrate Judge Hunt, after conducting a hearing, recommends, first, that pursuant to the Government, Defendant Glenn McKennie, Jr., and his counsel's stipulation to the Forensic Competency Evaluation, that Defendant is competent to proceed with trial or a change of plea and that he be found competent to proceed with his change of plea. Next, Magistrate Judge Hunt recommends that the Court accept Defendant McKennie's plea of guilty to Count 1, the sole count, of the Indictment (DE 3) and that he be adjudged guilty of this offense. The Court adopts Magistrate Judge Hunt's findings, as stated in the instant Report And Recommendation (DE 25).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation On Competency And Change Of

Plea (DE 25), filed herein by United States Magistrate Judge Patrick M. Hunt, be and the same is hereby approved, adopted, and ratified by the Court;

2. Being satisfied that Defendant McKennie is competent to proceed with trial or a change of plea, the Court adjudges him competent to proceed with his change of plea; and

3. Being satisfied that there is a factual basis for guilt, the Court accepts Defendant McKennie's plea of guilty as to Count 1 of the Indictment (DE 3) and adjudges him guilty at this time; and

4. Sentencing is hereby **SET** in the above-styled cause before this Court on <u>Thursday, May 23, 2019</u>, at <u>10:00 a.m.</u> before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __18th__ day of March, 2019.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record